IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHANNA GILES                                                                                              PLAINTIFF
*On behalf of*
Z.M., A MINOR


vs.                                            Civil No. 5:09-cv-05221

MICHAEL J. ASTRUE                                                                                      DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 16th day of February, 2011.**

                                                                                   s/  Barry A. Bryant
                                                                                  HON. BARRY A. BRYANT
                                                                                   U. S. MAGISTRATE JUDGE